IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRIAN HILL                                                                                         PLAINTIFF

v.                                          No. 6:17-CV-6065

WENDY KELLY, ET AL.                                                                      DEFENDANTS

## ORDER

The Court has received a Report and Recommendations (Doc. 24) from Chief United States Magistrate Judge Barry A. Bryant. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court deny Plaintiff's Motion for Emergency Injunctive Relief (Doc. 6) and his Motion to Supplement Motion for Emergency Injunctive Relief (Doc. 10). The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Emergency Injunctive Relief (Doc. 6) and his Motion to Supplement Motion for Emergency Injunctive Relief (Doc. 10) are DENIED.

IT IS SO ORDERED this 13th day of February, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE